**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 24-6232**

─────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

QUENTIN DWAYNE MCNEBB, a/k/a QB,

Defendant - Appellant.

─────────

Appeal from the United States District Court for the Western District of Virginia, at Danville.  James P. Jones, Senior District Judge.  (4:12-cr-00001-JPJ-4)

─────────

Submitted:  September 25, 2025                    Decided:  September 29, 2025

─────────

Before GREGORY and WYNN, Circuit Judges, and FLOYD, Senior Circuit Judge.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Quentin Dwayne McNebb, Appellant Pro Se.  Rachel Barish Swartz, Special Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Charlottesville, Virginia, for Appellee.

─────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Quentin Dwayne McNebb appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) motion for a sentence reduction pursuant to Amendment 821 to the Sentencing Guidelines. We have reviewed the record and finding no reversible error. *See United States v. Mann*, 709 F.3d 301, 304 (4th Cir. 2013) (providing standard). Accordingly, we affirm the district court's order. *United States v. McNebb*, No. 4:12-cr-00001-JPJ-4 (W.D. Va. Feb. 20, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*